# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA DALKE, | Case No.: 2:21-cv-00596-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | |
| METRO POLICE DEPARTMENT, | [ECF Nos. 6, 7, 9-11] |
| Defendant | |

On September 20, 2021, Magistrate Judge Albregts recommended I dismiss this case with prejudice because plaintiff Joshua Dalke's claims are clearly time-barred and he provided nothing to show the limitation period has not run or that equitable tolling applies. ECF No. 11.  I accepted the recommendation because Dalke did not object. ECF No. 12.  Dalke subsequently wrote a letter to the court stating he did not receive Judge Albregts' Report & Recommendation. I therefore reopened the case and allowed Dalke to file an objection. ECF No. 15.  Dalke filed an objection (ECF No. 16) after the extended deadline, but I have considered it as if it was timely filed.

I have conducted a de novo review of the issues set forth in Judge Albregts' Report & Recommendation under Local Rule IB 3-2.  The Report & Recommendation sets forth the proper legal analysis and factual basis for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that Magistrate Judge Albregts' Report & Recommendation **(ECF No. 11) is, again, accepted**, the amended complaint **(ECF No. 5) is dismissed with prejudice**, and all other pending motions **(ECF Nos. 6-7, 9-10) are denied as moot**.

/ / / /

/ / / /

1 | I FURTHER ORDER the clerk of court to enter judgment accordingly and to close this
2 | case.

3 | DATED this 18th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE